**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | Philip Hager \*\*\*-\*\*-2395 ) | |
| | Kimberly Hager\*\*\*-\*\*-2677 ) | |
| | 11411 Avocet Dr. ) | Case No. 3:12-BK-36194-KLP |
| | Chesterfield, VA 23838 ) | |
| | Debtor(s). ) | Chapter 13 |
| | ) | |
| Philip Hager | ) | |
| Kimberly Hager | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | AP No. 3:16-AP-3119-KLP |

Wells Fargo Bank, NA
TRSTE, Inc, Trustee of Deed of Trust
Carl M. Bates, in his official capacity as
Chapter 13 Trustee ONLY
    Defendants

## ORDER ON MOTION FOR INTERIM PAYMENT ORDER

**UPON MOTION BY**, Krumbein Consumer Legal Services, Inc., counsel for Debtor(s), and and after oral argument, the court ORDERS as follows:

### RELIEF ORDERED

1- The Chapter 13 Trustee shall disburse to Wells Fargo Home Mortgage the sum of $374,000.00.

This order expressly does not determine how Wells Fargo shall apply the money.

2- The Chapter 13 Trustee shall disburse $40,000.00 to the debtors.

3- The balance of the money being held by the Chapter 13 Trustee shall be held pending further litigation.

Entered: Sep 21 2016

/s/ Keith L. Phillips
Keith L. Phillips, Judge, US Bankruptcy Court
Eastern District of Virginia, Richmond Division

Entered on Docket: Sep 22 2016

| I ASK FOR THIS: | Seen and Agreed: |
|---|---|
| /s/ Jason M. Krumbein, Esq.<br>Jason M. Krumbein, Esq. VSBN 43538<br>Counsel for the Debtor(s) in Bankruptcy<br>Krumbein Consumer Legal Services, Inc.<br>1650 Willow Lawn Drive, Suite 201<br>Richmond, VA 23230<br>Tel: 804.592.0792 Fax: 804.234.1159<br>jkrumbein@krumbeinlaw.com | /s/ Brandon R. Jordan, Esq.<br>Brandon R. Jordan, Esq. VSB#72170<br>Counsel for Wells Fargo Home Mortgage<br>Samuel I. White, PC<br>1804 Staples Mill Rd. Suite 200<br>Richmond, VA 23230<br>Tel: 804.290.4290  FAX: 804.290.4298<br>BJordan@SIWPC.com |
| Seen and not Objected to:<br><br>/s/ Carl M. Bates, Chapter 13 Trustee<br>Carl M. Bates, Chapter 13 Trustee<br>P.O. Box 1819<br>Richmond, VA 23218<br>Tel: 804.237.6800 fax: 804.237.6801<br>CMBates@RichChap13.com | |

**CERTIFICATE OF ENDORSEMENT PURSUANT TO LBR 9022-1**

I certify that all necessary parties have endorsed the foregoing order.

/s/ Jason M. Krumbein, Esq.
Counsel for the Plaintiffs

United States Bankruptcy Court
Eastern District of Virginia

Hager,
    Plaintiff

Adv. Proc. No. 16-03119-KLP

Wells Fargo Bank, NA,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0422-7    User: cummingsj    Page 1 of 1    Date Rcvd: Sep 22, 2016
                    Form ID: pdford9    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Sep 23 2016 02:22:20    UST smg Richmond,
        Office of the U. S. Trustee,   701 East Broad St., Suite 4304,   Richmond, VA 23219-1849
                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2016                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2016 at the address(es) listed below:
      Brandon R. Jordan    on behalf of Creditor    Wells Fargo Bank, N.A., as Servicer for The Bank of
      New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the MASTR Alternative
      Loan Trust 2006-3 bjordan@siwpc.com,
      drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;jmuncy@siwpc.com;mfreeman@siwpc.com;ecfva1@siwp
      c.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com
      Carl M. Bates    on behalf of Defendant    Carl M. Bates, Chapter 13 Trustee
      station01@richchap13.com,
      station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
      om
      Jason Meyer Krumbein    on behalf of Plaintiff Kimberly  Hager jkrumbein@krumbeinlaw.com,
      a30156@yahoo.com;plutzky@krumbeinlaw.com
      Jason Meyer Krumbein    on behalf of Plaintiff Philip  Hager jkrumbein@krumbeinlaw.com,
      a30156@yahoo.com;plutzky@krumbeinlaw.com
      Johnie Rush Muncy    on behalf of Creditor    Wells Fargo Bank, N.A., as Servicer for The Bank of
      New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the MASTR Alternative
      Loan Trust 2006-3 jmuncy@siwpc.com,
      drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siw
      pc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;npatel@siwpc.com
                                                                                              TOTAL: 5